CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff, Nehemiah Kong

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>    Plaintiff,<br><br>v.<br><br>1310 S. EUCLID STREET LLC, a California Limited Liability Company; KIM BROTHERS WORLD WIDE, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 8:19-CV-00449-JVS-KES<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

    The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

    The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: May 8, 2019        By: /s/ Chris Carson
                                        Chris Carson
                                        Attorney for Plaintiff