CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NEHEMIAH KONG,<br>    Plaintiff,<br>  v.<br>1310 S. EUCLID STREET LLC, a California Limited Liability Company;<br>KIM BROTHERS WORLD WIDE, a California Corporation; and Does 1-10,<br>    Defendants. | **Case:** 8:19-CV-00449-JVS-KES<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |
|---|---|

**PLEASE TAKE NOTICE** that Plaintiff Nehemiah Kong, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    Defendants 1310 S. Euclid Street LLC, a California Limited Liability Company and Kim Brothers World Wide, a California Corporation have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: May 31, 2019        CENTER FOR DISABILITY ACCESS

By: /s/ Chris Carson
    Chris Carson
    Attorneys for Plaintiff

1